

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC.,**
Appellant

v.

**DANBURY AEROSPACE, INC.**, Airmotive Engineering Corporation, Engine Components International, Inc., EC Services, Inc., Precision Machined Airparts, Inc., Sterling Machinery & Process, Inc., and Aircooled Motors, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED insofar as it awards to Danbury $182,380.06 from the Indemnity Escrow Fund, which represents the dispute that remains over accounts payable invoices, and insofar as it awards Danbury attorneys' fees. The judgment of the trial court is AFFIRMED in all other respects, which includes an award of $388,749.60 from the Indemnity Escrow Fund to Danbury. We REMAND the cause to the trial court for further proceedings consistent with this court's opinion. Costs of the appeal are taxed against the party who incurred them.

SIGNED April 1, 2020.

_____
Rebeca C. Martinez, Justice